IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **KENT PRUETT** <br><br> Plaintiff, <br><br> vs. <br><br> **SHELBY COUNTY BOARD OF EDUCATION** and **DORSEY E. HOPSON, II,** in his official capacity as Superintendent of the Shelby County Schools, <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-2905-JTF-dkv |

## NOTICE OF PARTIAL SETTLEMENT

**TO THE COURT:**

In accordance with Local Rule 83.13(a) and the instruction of the Court, the parties hereby submit this Notice of Partial Settlement to notify the Court that the lawsuit has been settled in part. Specifically, the parties have agreed to entry of a Consent Order and Judgment, submitted to the Court for entry on Monday, March 10, 2014. Said Order would resolve the Plaintiff's claims for injunctive relief, declaratory relief and nominal damages but would reserve for decision upon later motion the Plaintiff's claim for costs, including legal fees and allowable expenses.

Respectfully submitted,

| | |
|---|---|
| s/ Nathan W. Kellum<br>Nathan W. Kellum<br>TN BAR #13482; MS BAR # 8813<br>CENTER FOR RELIGIOUS EXPRESSION<br>699 Oakleaf Office Lane, Suite 107<br>Memphis, TN 38117<br>(901) 684-5485 – Telephone<br>nkellum@crelaw.org | s/ Cecilia S. Barnes<br>Cecilia S. Barnes<br>TN Bar #17244<br>Office of the General Counsel<br>Shelby County Schools<br>160 S. Hollywood, Suite 115<br>Memphis, Tennessee 38112<br>Phone: 901-416-6370<br>Fax: 901-416-6374<br>BARNESC1@scsk12.org |
| s/ H. Chase Pittman<br>H. Chase Pittman<br>TN Bar #22977; MS Bar #101388<br>HOLLEY, ELDER & MCWHIRTER, P.C.<br>Corporate Gardens<br>9032 Stone Walk Place<br>Germantown, TN 38138-7824<br>Tel., 901-757-3367<br>chase@holleyelder.com | Attorney for Defendants |
| Attorneys for Plaintiff | |