IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **KENT PRUETT** | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 2:13-cv-2905-JTF-dkv |
| **SHELBY COUNTY BOARD OF EDUCATION** and **DORSEY E. HOPSON, II,** in his official capacity as Superintendent of the Shelby County Schools, | |
| Defendants. | |

## NOTICE OF SETTLEMENT OF BILL OF COSTS

## TO THE CLERK OF THE COURT:

In accordance with the instructions of the Clerk of the Court, the parties hereby provide notice that the parties have resolved the Plaintiff's Bill of Costs, (D.E. #23). The Defendants agree to pay the costs sought in the Plaintiff's Bill of Costs. The parties respectfully request that the Clerk cancel the taxation of costs hearing on May 29, 2014, (D.E. #25).

Respectfully submitted,

| | |
|---|---|
| s/ Nathan W. Kellum | s/ Cecilia S. Barnes |
| Nathan W. Kellum | Cecilia S. Barnes |
| TN BAR #13482; MS BAR # 8813 | TN Bar #17244 |
| CENTER FOR RELIGIOUS EXPRESSION | Office of the General Counsel |
| 699 Oakleaf Office Lane, Suite 107 | Shelby County Schools |
| Memphis, TN 38117 | 160 S. Hollywood, Suite 115 |
| (901) 684-5485 – Telephone | Memphis, Tennessee 38112 |
| nkellum@crelaw.org | Phone: 901-416-6370 |
| | Fax: 901-416-6374 |
| s/ H. Chase Pittman | BARNESC1@scsk12.org |
| H. Chase Pittman | |
| TN Bar #22977; MS Bar #101388 | Attorney for Defendants |
| HOLLEY, ELDER & MCWHIRTER, P.C. | |

Corporate Gardens
9032 Stone Walk Place
Germantown, TN 38138-7824
Tel., 901-757-3367
chase@holleyelder.com

Attorneys for Plaintiff