IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **KENT PRUETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  2:13-cv-02905-JTF |
| ) | |
| **SHELBY COUNTY BOARD of** ) | |
| **EDUCATION, and** ) | |
| **DORSEY E. HOPSON, II,** ) | |
| **in his official capacity as Superintendent** ) | |
| **of the Shelby County Schools,** ) | |
| ) | |
| **Defendants.** ) | |

---

## ORDER RE-OPENING CASE AND TO SHOW CAUSE

On April 3, 2014, the Court entered a Consent Order and Judgment (ECF No. 21), and an Order Administratively Closing Case (ECF No. 22), in this action styled as *Pruett v. Shelby County Board of Education, et al*.  In the Consent Order and Judgment and the Order Administratively Closing Case, the Court retained jurisdiction solely to enforce the terms of the Consent Order and Judgment and any other orders of the Court subsequent to the judgment.  (ECF Nos. 21 & 22.)  The Consent Order and Judgment further indicated that "Plaintiff's claim for costs, including reasonable attorney fees and allowable expenses, will be determined by decision of the Court upon motion."  (ECF No. 21, 2.)

On May 5, 2014, the Court entered an Order Denying Defendants' Motion for Leave to Depose Plaintiff's Counsel and Denying Leave to Request Documents and Granting an Extension to Respond to Plaintiff's Motion for Attorneys' Fees.  (ECF No. 32.)  On September 29, 2014, the Court entered an Order Granting in Part and Denying in Part Plaintiff's Motion for Attorneys'

Fees. (ECF No. 36.)

The Parties are **ORDERED** to show cause why the Court should not close this case. The Parties have until the end of business on November 6, 2020 to respond.

**IT IS SO ORDERED** this 27th day of October, 2020.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
